IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO.: 2:11-cv-63-BO
IN ADMIRALTY

SUNTRUST BANK,
        Plaintiff,

vs.

The M/V FIRST LADY
(Official No. 288859), Her
engines, tackle, furniture,
appurtenances, etc., *in rem;*
and ROGER S. KOLASINSKI and
T. GAIL KOLASINSKI, *in
personam,*
        Defendants.

**ORDER APPOINTING
SUBSTITUTE CUSTODIAN**

This matter coming on to be heard and being heard before the undersigned United States District Judge; and

It appearing to the Court from the Motion of Plaintiff that a Substitute Custodian ought to be appointed, considering the interest of all parties in the res and the costs involved, subject to further Orders of this Court; and

It further appearing to the Court that the vessel is currently located at Bluewater Yacht Sales, 915 Harbor Road, Wanchese, North Carolina 27981, all as set out in Plaintiff's Motion herein.

**NOW, THEREFORE, IT IS ORDERED** that upon the arrest of the Defendant vessel that the United States Marshal place the vessel under the care of the Substitute Custodian, Lab Marine, Inc., for so long as the vessel is <u>in custodia legis</u>; Lab Marine, Inc. shall keep in effect the policy shown in the Certificate of Insurance attached as Exhibit "A" to Plaintiff's Motion for Order Appointing

Substitute Custodian which the Court deems adequate insurance on the vessel; the United States Marshal may insure the vessel for hull damage for no less than ONE MILLION DOLLARS ($1,000,000.00) or liability for no less than ONE MILLION DOLLARS ($1,000,000.00) pending further orders of this Court or such time as the Marshal might be satisfied that Plaintiff has secured adequate insurance on the vessel in the same amounts.

This __30__ day of __November__ 2011.

_Terrence W. Boyle_
UNITED STATES DISTRICT JUDGE