IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO.: 2:11-cv-63-BO
IN ADMIRALTY

SUNTRUST BANK, )
      Plaintiff, )
)
vs. )
)
The M/V FIRST LADY )
(Official No. 288859), Her )
engines, tackle, furniture, )
appurtenances, etc., in rem; )
and ROGER S. KOLASINSKI and )
T. GAIL KOLASINSKI, in )
personam, )
      Defendants. )

**ORDER DIRECTING THE ISSUANCE OF WARRANT OF ARREST AND PROCESS OF SUPPLEMENTAL ATTACHMENT AND GARNISHMENT**

Considering the foregoing Verified Complaint and *ex parte* Motion Authorizing the Issuance of Warrant of Arrest,

**IT IS ORDERED**, that pursuant to Rule C of the Federal Rules of Civil Procedure, the Clerk of Court is authorized to issue a Warrant of Arrest against the M/V FIRST LADY and allowing the United States Marshal to arrest the vessel;

**IT IS FURTHER ORDERED** Plaintiff shall defend, indemnify and hold harmless the U.S. Marshal for any loss or damages associated with the attachment ordered herein.

This _20_ day of _November_, 2011.

                                      _Terrence W. Boyle_
                                  UNITED STATES DISTRICT JUDGE