IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO.: 2:11-cv-63-BO
IN ADMIRALTY

| | |
|---|---|
| SUNTRUST BANK,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>The M/V FIRST LADY<br>(Official No. 288859), Her<br>engines, tackle, furniture,<br>appurtenances, etc., in rem;<br>and ROGER S. KOLASINSKI and<br>T. GAIL KOLASINSKI, in<br>personam,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER DIRECTING THE ISSUANCE OF WARRANT OF ARREST AND PROCESS OF SUPPLEMENTAL ATTACHMENT AND GARNISHMENT**

Considering the foregoing Verified Complaint and *ex parte* Motion Authorizing the Issuance of Warrant of Arrest,

**IT IS ORDERED**, that pursuant to Rule C of the Federal Rules of Civil Procedure, the Clerk of Court is authorized to issue a Warrant of Arrest against the M/V FIRST LADY and allowing the United States Marshal to arrest the vessel;

**IT IS FURTHER ORDERED** Plaintiff shall defend, indemnify and hold harmless the U.S. Marshal for any loss or damages associated with the attachment ordered herein.

This __20__ day of __November__, 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE